Decided February 23, 1909.

## STATE *v.* COOK.

[99 Pac. 940.]

From Coos: JAMES W. HAMILTON, Judge.

W. T. Cook and David Clink were indicted, tried and convicted of gambling, and from the judgment and sentence which followed, the defendants appeal.

AFFIRMED.

Submitted on briefs under the proviso of Rule 16 of the Supreme Court. 50 Or. 580.

For appellants there was a brief over the names of *Messrs. Guerry & Hollister* and *Mr. Austin S. Hammond.*

For the State there was a brief over the name of *Mr. George M. Brown,* District Attorney.

MR. JUSTICE KING delivered the opinion of the court.

These defendants were tried in the circuit court under an indictment charging them with unlawfully playing a gambling game known as "Klondike," and they, having been convicted and sentenced to pay a fine, appeal. The same legal problem is presented here as in *State* v. *Bay,* 53 Or. 241 (99 Pac. 939), making an affirmance necessary; and it is so ordered.          AFFIRMED.